```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   08-CR-332(JMR/AJB)
```

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| Rolando Vazquez-Gonzalez | ) |

Defendant objects to the Report and Recommendation, issued December 5, 2008 [Docket No. 23], by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Report recommended denying defendant's motions to suppress statements and evidence. Defendant's objections to the Report were timely filed, pursuant to Local Rule 72.2.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Defendant's Motion to Suppress Evidence is denied [Docket No. 16].

2. Defendant's Motion to Suppress Statements, Admissions, and Answers is denied [Docket No. 18].

Dated: January 27, 2009

> s/ JAMES M. ROSENBAUM
> JAMES M. ROSENBAUM
> United States District Judge